**Order entered December 13, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01527-CR

### JOSE RAMON CRUZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-24443-Q**

## ORDER

Before the Court is appellant's December 11, 2017 motion to extend time to file appellant's brief in which he seeks to extend the time to file his tendered brief. By order entered December 5, 2017, the Court ordered appellant to file his brief by December 13, 2017. Thus, the brief appellant tendered to the Clerk of the Court on December 11, 2017 is timely.

We **DENY AS MOOT** appellant's motion and **ORDER** the brief received on December 11, 2017 filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE